IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **GERALD F. LUCAS** | : |
| **Plaintiff** | : |
| | : **CIVIL ACTION** |
| vs. | : |
| | : **FILE NO. 5:16-CV-00009-CAR** |
| **RIPAL M. PATEL** | : |
| **Defendant** | : |

# DISCOVERY MEMORANDUM

TO: Judge C. Ashley Royal

FROM: All Counsel

DATE: August 10, 2016

1.

In accordance with the Court's Order of August 3, 2016 counsel for the parties in the above-captioned case have discussed discovery in this case.

2.

This case was originally pending in the State Court of Bibb County until it was dismissed under the five year rule. A renewal action was properly filed and the renewed case was removed to this Court. The parties have requested that the pleadings in the original action be admissible in this case. This request includes

the interrogatories and request to produce filed by the parties. With this request paper discovery in the case is complete and there are no known remaining issues related to interrogatories, request for production or request for admissions.

3.

The status of Depositions is as follows:

| COMPLETED: | TO DO: |
| --- | --- |
| Gerald Lucas 1 | Shahram Rezaizmiri MD |
| Gerald Lucas 2 | (Dr. Rezaizmiri deposition |
| Ripal Patel | scheduled for August 11, 2016. |
| Jay Bender MD | Deposition taken by Defendant for discovery) |
| James Chapuis MD | Jason Billingshurst MD |
| Amadi Hall PT | (Have requested deposition dates |
| Ronald Dorsey | from his office. Deposition taken by |
| Veronica Dorsey | Defendant for possible use at trial). |

4.

The status of expert discovery is as follows:

The only anticipated experts are Plaintiff's treating medical providers. There are no discovery issues other than the scheduling of Dr. Billingshurst deposition who has moved his practice to Florida since his treatment of Plaintiff.

Respectfully submitted this 10th day of August, 2016.

ATTORNEYS FOR PLAINTIFF:

/s/ Timothy K. Hall
Timothy K. Hall
Georgia Bar No. 319319

/s/ Adam M. Collins
Adam M. Collins
Georgia Bar No. 153117

Law Offices of Timothy K. Hall P.C.
648 S. Milledge Avenue
Athens, Georgia 30605
(706) 351-6055
(706) 351-6056 fax
thall@timothykhall.com
acollins@timothykhall.com

/s/ Kenneth Sissal
Kenneth Sissal
Georgia Bar No. 649406
746 Pleasant Hill Road
Lilburn, GA 30047
(404) 325-1244


ATTORNEYS FOR DEFENDANT:

/s/ Daniel Bullard IV
Daniel Bullard IV
Georgia Bar No. 094194

/s/ Kevin A. Wangerin
Kevin A. Wangerin
Georgia Bar No. 736520

Bullard & Wangerin, LLP
P.O. Box 18107
Macon, Georgia 31209
(478) 757-8500
(478) 757-1132 Fax
dbullard4@bellsouth.net
wangerink@aol.com